**July 23, 2026**

***Confirmation of Firm Choice***

I [redacted] state: NEW YORK

My former Citizens Financial Advisor, Jason Hoffman, resigned on July 17, 2026 and joined Citibank.

I have been informed by Citizens that I have the right to transfer my account to Citibank or keep my account at Citizens.

I have also heard from Mr. Hoffman on Monday July 23, 2026, who has asked me to move my account to Citibank.

I wish to keep my account at Citizens.

I declare that the foregoing is true and correct.

[redacted]

[redacted]

Exhibit

1-L

exhibitsticker.com